## 9417.  DAVIS *v.* WILLIAMS.

JENKINS, J.  In accordance with the answers made by the Supreme Court
to the questions certified to it in this case (148 *Ga.* 765, 98 S. E. 5), the
ruling of the court below in refusing to sanction the certiorari is sus-
tained.        *Judgment affirmed.  Wade, C. J., and Luke; J., concur.*
                        DECIDED APRIL 16, 1919.

Certiorari; from Thomas superior court—Judge Thomas.  De-
cember 1, 1917.

In this case it was held by the Supreme Court that under the
act creating the city court of Boston (Acts 1914, p. 194) a counter-
affidavit to a distress warrant properly returned to that court is
triable at the first term thereafter.

*Clifford E. Hay,* for plaintiff in error.

*J. U. Merritt, W. I. MacIntyre,* contra.